Eric E. Lynch (SBN #025049)
Michelle M. Buckley (SBN #030617)
John S. Craiger (SBN #021731)
**POLSINELLI PC**
One E. Washington Street, Suite 1200
Phoenix, AZ 85004
Telephone: (602) 650-2000
Facsimile: (602) 164-7033
elynch@polsinelli.com
mmbuckley@polsinelli.com
jcraiger@polsinelli.com

*Attorneys for Defendant The Money Source Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Natasha Hiller, *on behalf of herself and others similarly situated,*<br><br>Plaintiff,<br>v.<br><br>The Money Source Inc.,<br><br>Defendant. | Case No. 2:23-cv-00235-ROS<br><br>**DEFENDANT THE MONEY SOURCE, INC.'S CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Defendant The Money Source, Inc., in compliance with the provisions of:

__X__ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

______ Rule 12.4(a), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its sock or states that there is no such corporation.

______ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of allege criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

______ No such corporation.

______ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.

______ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest.*

Relationship________________________________________

__X__ Other (please explain)__Pink Rock Holdings Inc. is a privately held parent corporation. ___________________________

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Dated this 29th day of March, 2023.

**POLSINELLI PC**

By: */s/ Eric E. Lynch*____________
Eric E. Lynch
Michelle M. Buckley
John S. Craiger
One E. Washington Street, Suite 1200
Phoenix, AZ 85004
*Attorneys for Defendant The Money Source Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2023, I electronically transmitted the foregoing document to the U.S. District Court Clerk's Office using the CM/ECF System for filing and for transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

s/ *Dawn M. Coppens*